O

# United States District Court
# Central District of California

| | |
|---|---|
| MUHAMMAD J.D. AKBAR,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHNNATHAN HANNAH, BANK MANAGER at 400 SO. MARKET STREET, INGLEWOOD, CA<br><br>      Defendants. | Case No. 2:15-CV-08159-ODW(KS)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION** |

    On October 16, 2015, Plaintiff Muhammad J.D. Akbar filed a complaint alleging that Johnnathan Hannah, an employee of the Wells Fargo Bank branch located at 400 So. Market Street, Inglewood, California and the Bank Manager at that branch, had committed fraud and embezzled money from Plaintiff's bank account. (Compl., ECF No. 1.) However, Defendants never filed an answer. Plaintiff has taken no further action to prosecute this case.

    Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing, no later than October 25, 2016, why the Court should not dismiss this action without

prejudice for lack of prosecution. No hearing will be held. Failure to file a timely written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

October 11, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**