**JS-6**
**O**

# United States District Court
# Central District of California

| | |
|---|---|
| MUHAMMAD J.D. AKBAR,<br><br>   Plaintiff,<br><br>  v.<br><br>JOHNNATHAN HANNAH, BANK MANAGER at 400 SO. MARKET STREET, INGLEWOOD, CA<br><br>   Defendants. | Case No. 2:15-CV-08159-ODW(KS)<br><br>**ORDER DISMISSING CASE** |

///
///
///
///
///
///
///
///
///

On October 11, 2016, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution. (ECF No. 11.) That order gave Plaintiff until October 25, 2016 to file a response or face dismissal of this action. Plaintiff did not file a response by that date. Accordingly, the Court **DISMISSES** this matter *without prejudice*.

**IT IS SO ORDERED.**

October 31, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**